SLOANE ESTATES, INC., Appellant and Respondent, *v.* THE CITY OF NEW YORK, Respondent and Appellant.

Argued January 20, 1942; decided March 5, 1942.

*Morway Picket* for plaintiff, appellant and respondent.

*William C. Chanler, Corporation Counsel (Edmund B. Hennefeld, Arthur A. Segall, Sol Charles Levine* and *Raymond Herzog* of counsel), for defendant, respondent and appellant.

Judgment affirmed, without costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.